**Order entered August 19, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00509-CV

## IN THE INTEREST OF K.C.F. AND M.C.F., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-12943-V**

## ORDER

Before the Court is appellant's August 18, 2022 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on August 18, 2022 filed as of the date of this order.

/s/    LESLIE OSBORNE
        JUSTICE